**Order filed August 1, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00598-CV
_____

## IN THE INTEREST OF F.E.G., CHILD

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2011-00355J**

# O R D E R

This is an appeal from a judgment in a parental termination case signed June 22, 2017. An appeal in a parental termination case is accelerated and governed by the rules for accelerated appeals in civil cases. Tex. Fam. Code Ann. § 109.002(a); Tex. R. App. P. 28.4(a). In an accelerated appeal, the notice of appeal must be filed within 20 days after the judgment or order is signed. Tex. R. App. P. 26.1(b). Moreover, neither a motion for new trial, a request for findings of fact and conclusions of law, nor any other post-trial motion in the trial court will extend the deadline for filing a notice of appeal under Rule 26.1(b) of the Texas Rules of Appellate Procedure. Tex. R. App. P. 28.1(b).

Appellant's notice of appeal was due July 12, 2017. *See* Tex. R. App. P. 26.1(b). Appellant, however, filed his notice of appeal on July 21, 2017, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997); *see also In re M.A.*, 222 S.W.3d 670, 670 (Tex. App.—Houston [14th Dist.] 2007, no pet.). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal on or before **10 days** after the date of this order. *See* Tex. R. App. P. 26.3; 10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM